**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PRO TECH MONITORING, INC.,**

    **Plaintiff,**

v.                                          Case No.  8:04-cv-1816-T-30EAJ

**ELMO-TECH, LTD. and**
**ADT SECURITY SYSTEMS, INC.,**

    **Defendants.**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal (Dkt. #35).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    Each party shall bear its own attorney's fees.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 5, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-1816.dismissal 35.wpd